**Wallace Nursing Home, Inc., a Corporation, Plaintiff-Appellee, v. Mercantile Mortgage Company, a Corporation, Defendant-Appellant.**

**Gen. No. 67–131. (Abstract of Decision.)**

Fifth District.

October 26, 1968.

Burton C. Bernard, of Granite City, Thompson, Mitchell, Douglas & Neill, and Edwin D. Akers, Jr., of St. Louis, Missouri, for appellant; John J. Hoban, of East St. Louis, for appellee. Opinion by JUSTICE GOLDENHERSH. Not to be published in full.